# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129273

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RICHARD HODGSON,
        Defendant-Appellant.

SC: 129273
COA: 259913
Wayne CC: 98-005750

_____/

On order of the Court, the application for leave to appeal the June 24, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
                Clerk

d1121